# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>vs.<br><br>JOSE GILBERTO MARTINEZ-TORRECILLAS (1),<br><br>                         Defendant. | Case No. 24-CR-2163-CAB<br><br>JUDGMENT OF DISMISSAL<br><br>**FILED**<br>6/5/2025<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY   s/L. Hernandez   DEPUTY |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☒ the Court has granted the motion of the defendant for dismissal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

8 USC 1326(a)(b) – Attempted reentry of removed alien.

Dated:   6/5/2025

Hon. Cathy Ann Bencivengo
United States District Judge